UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mark D. Garnett, | ) | CASE NO.: 5:19CV2864 |
| Plaintiff, | ) ) | JUDGE JOHN ADAMS |
| v. | ) ) | **ORDER** |
| Akron City School District Board of Education, et al., | ) ) ) ) | (Resolving Doc. 86) |
| Defendants. | ) ) | |

Pending before the Court is Plaintiff's motion for leave to reopen his time to file an amended notice of appeal. Upon review, the motion is DENIED.

At the heart of Plaintiff's argument is the assertion in his affidavit that he did not receive notice of the Court's January 19, 2023 order denying his motion for relief from judgment. However, the Court mailed Plaintiff a copy of that order on the day it was issued at his address of record. Moreover, as the order contained both substantive rulings and the removal of counsel, Plaintiff was still represented by counsel at the time the order was issued. Accordingly, there is no basis to reopen the time to appeal.

IT IS SO ORDERED.

Date: August 2, 2023       /s/ Judge John R. Adams
                             JUDGE JOHN R. ADAMS
                             UNITED STATES DISTRICT COURT

1